IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ERVIN JOINER,      *

        Plaintiff,      *

v.      Case No. 5:25-cv-00144-MTT-CHW

     *

JONATHAN P WATERS,      *

        Defendant.

     *

## J U D G M E N T

Pursuant to this Court's Order dated 1/9/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of January, 2026.

                                                   David W. Bunt, Clerk

                                                   s/ Erin Pettigrew, Deputy Clerk